

# NUMBER 13-24-00067-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN THE MATTER OF THE MARRIAGE OF
## VENKATA K. TUMATI AND LAKSHMI S. TUMATI

---

### On appeal from the 201st District Court
### of Travis County, Texas.

---

# MEMORANDUM OPINION

### Before Justices Benavides, Tijerina, and Silva
### Memorandum Opinion by Justice Benavides

This cause is before the Court on its own motion.[1] On January 22, 2024, the Clerk of the Court notified appellant that the appeal has not been timely perfected, so that steps could be taken to correct the defect, if it could be done. Appellant was advised that, if the defect was not corrected within ten days from the date of the Court's letter, the appeal

---

[1] This case is before the Court on transfer from the Third Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

would be dismissed. On February 6, 2024, the Clerk of the Court notified appellant a second time that it appeared the appeal was not timely perfected. Appellant was again advised that, if the defect was not corrected within ten days from the date of the Court's letter, the appeal would be dismissed.

The Court, having examined and fully considered the documents on file and appellant's failure to timely perfect his appeal, is of the opinion that the appeal should be dismissed for want of jurisdiction. Accordingly, the appeal is hereby dismissed for want of jurisdiction.  *See* TEX. R. APP. P. 42.3(a)(c).

GINA M. BENAVIDES
Justice

Delivered and filed on the
21st day of March, 2024.

2